AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| MICHAEL WEBER | ) |
| | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   15-cv-00378  RCL |
| FOOD AND DRUG ADMINISTRATION | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ronald C. Machen Jr.
U.S. Attorney for the District of Columbia
555 4th St. NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kathryn Einspanier
Allison Zieve
Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   03/17/2015                                  /s/ Rodney Davis, Jr.

                                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action (Page 2)

Civil Action No.  15-cv-00378  RCL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ronald C. Machen Jr, U.S. Attorney for the District of Columbia

was received by me on *(date)*  March 17, 2015  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Princess Kyle  , who is

designated by law to accept service of process on behalf of *(name of organization)*  U.S. Attorney's Office for

the District of Columbia  on *(date)*  3/17/15  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  3/17/15

Maybeth Stiles
*Server's signature*

Marybeth Stiles, Office Manager
*Printed name and title*

Public Citizen Litigation Group
1600 20th St. NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc: